Filing # 150050338 E-Filed 05/20/2022 07:16:47 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA
CASE NO.

FLORIDA UTILITY TRAILERS, INC.

     Plaintiff

v.

TRIDENT TRANSPORT, LLC. and CURRY &
THOMPSON LOGISTICS, LLC.

     Defendants.

_____/

## S U M M O N S

THE STATE OF FLORIDA

To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this Summons, together with copy
of the Complaint or petition in this action on Defendant, TRIDENT TRANSPORT, LLC.
at:

     TRIDENT TRANSPORT, LLC.
     Registered Agent: Mark Harrell
     221 Stephenson Ave.
     Lookout Mountain, TN 37350

     Each defendant is required to serve written defenses to the Complaint or petition
on  PAUL E. WILSON, JR., ESQ. (FL. BAR #0924741) Wilson Law Firm South
Florida, P.A. whose address is 1776 N. Pine Island Rd., Suite 308, Plantation, Florida
33322 within 20 days after service of this summons on that defendant, exclusive of the
day of service, and to file original of the defenses with the clerk of this court either before
service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a
default will be entered against that defendant for the relief demanded in the Complaint or
petition.

     WITNESS my hand and the Seal of said Court this

05/23/2022     STACY M. BUTTERFIELD
     As Clerk of said Court


By



Filing # 150050338 E-Filed 05/20/2022 07:16:47 PM

IN THE CIRCUIT COURT OF THE
10TH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA
CASE NO.

FLORIDA UTILITY TRAILERS, INC.

      Plaintiff

v.

TRIDENT TRANSPORT, LLC. and CURRY &
THOMPSON LOGISTICS, LLC.

      Defendants.

_____/

### COMPLAINT FOR DAMAGES

      Plaintiff, FLORIDA UTILITY TRAILERS, INC. ("FLORIDA UTILITY") files this action against Defendants, TRIDENT TRANSPORT, LLC. ("TRIDENT") and CURRY & THOMPSON LOGISTICS, LLC. ("CURRY"), and alleges as follows:

      1.     This is an action for damages more than $30,000.00 exclusive of interest, costs, and attorney's fees.

      2.     The Plaintiff, FLORIDA UTILITY, is a Florida corporation doing business in Polk County, Florida.

      3.     The Defendant, TRIDENT, is a Tennessee corporation doing business in Polk County, Florida.

      4.     The Defendant, CURRY, is a Florida corporation doing business in Polk County, Florida.

1

5.      Venue is proper in Polk County, FL due to the fact that the Defendants conduct business in Polk County, FL and the incident that is the subject of this Complaint occurred in Polk County, FL.

6.      FLORIDA UTILITY is the owner of a new 2023 Utility Trailer VIN 1UYVS2530P7685909 ("2023 Utility Trailer"). (See Certificate of Origin attached hereto as Exhibit A)

7.      FLORIDA UTILITY retained the services of TRIDENT to broker the delivery of the 2023 Utility Trailer to FLORIDA UTILITY'S Lakeland, FL facility.

8.      TRIDENT retained the services of CURRY to retrieve the 2023 Utility Trailer from the manufacturer in Glade Spring, VA and deliver the same to FLORIDA UTILITY'S Lakeland, FL facility.

9.      On January 14, 2022, CURRY retrieved the 2023 Utility Trailer from the manufacturer.

10.      On January 18, 2022, CURRY delivered the 2023 Utility Trailer to FLORIDA UTILITY'S Lakeland, FL facility with major damage. (See Inspection/Proof of Delivery attached hereto as Exhibit B)

11.      The estimated cost to repair the 2023 Utility Trailer is $30,904.60. (See Estimate of Damages attached hereto as Exhibit C)

12.      TRIDENT has refused to compensate FLORIDA UTILITY for the damages to the 2023 Utility Trailer.

13.      CURRY has refused to compensate FLORIDA UTILITY for the damages to the 2023 Utility Trailer.

14.     FLORIDA UTILITY has agreed to pay the undersigned a reasonable fee to prosecute this matter.

15.     All preconditions to bringing this lawsuit have been performed.

<u>**COUNT I – NEGLIGENT RETENTION (TRIDENT)**</u>

16.     FLORIDA UTILITY re-alleges paragraphs 1-15 and incorporates them herein.

17.     TRIDENT owed a duty to FLORIDA UTILITY to retain a competent and safe trucking company to transport the 2023 Utility Trailer.

18.     TRIDENT breached the duty to FLORIDA UTILITY by failing to properly investigate the experience and safety record of CURRY.

19.     CURRY had a limited safety record prior to retention by TRIDENT due to the fact that the company was not formed until May 2020.

20.     CURRY'S safety record was so limited that they should have never been retained to deliver the 2023 Utility Trailer.

21.     TRIDENT'S failure to properly investigate the experience and safety record of CURRY was the cause in fact of the damages to the 2023 Utility Trailer.

WHEREFORE, FLORIDA UTILITY TRAILERS, INC. hereby demands a judgment in its favor and against TRIDENT TRANSPORT, LLC. in the amount of $30,904.60 plus costs.

<u>**COUNT II – NEGLIGENCE (TRIDENT)**</u>

22.     FLORIDA UTILITY re-alleges paragraphs 1-15 and incorporates them herein.

23.     TRIDENT retained oversight over CURRY, such that CURRY was no longer operating as an independent contractor.

24.     TRIDENT maintained the right to supervise CURRY'S deliveries, invoicing protocols, and insurance requirements.

3

25.     TRIDENT owed a duty to FLORIDA UTILITY to transport the 2023 Utility Trailer in a reasonably safe manner so as not to cause damage to the trailer.

26.     TRIDENT breached the duty owed to FLORIDA UTILITY by failing to cause the 2023 Utility Trailer to be transported in a reasonably safe manner by striking trees during transport causing damage to the trailer.

WHEREFORE, FLORIDA UTILITY TRAILERS, INC. hereby demands a judgment in its favor and against TRIDENT TRANSPORT, LLC. in the amount of $30,904.60 plus costs.

### COUNT III – NEGLIGENCE (CURRY)

27.     FLORIDA UTILITY re-alleges paragraphs 1-15 and incorporates them herein.

28.     CURRY owed a duty to FLORIDA UTILITY to transport the 2023 Utility Trailer in a reasonably safe manner so as not to cause damage to the trailer

29.     TRIDENT breached the duty owed to FLORIDA UTILITY by failing to transport the 2023 Utility Trailer in a reasonably safe manner by striking trees during transport causing damage to the trailer.

WHEREFORE, FLORIDA UTILITY TRAILERS, INC. hereby demands a judgment in its favor and against CURRY & THOMPSON LOGISTICS, LLC. in the amount of $30,904.60 plus costs.


**FLORIDA UTILITY TRAILERS, INC. DEMANDS A TRIAL BY JURY**

4

## CERTIFICATION

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Courts via ePortal on the 20th day of May, 2022.

By:___/s/*Paul Wilson*_____
PAUL E. WILSON, ESQ.
Florida Bar No. 924741
Wilson Law Firm South Florida, P.A.
Attorney for Plaintiff
1776 N. Pine Island, Rd., Suite 308
Plantation, Florida 33322
954-327-7285
954-327-7290 (Fax)
E-Mail:  pwilson@paulwilsonesq.com
E-Serv:  pwilson@paulwilsonesq.com

# EXHIBIT A



## CERTIFICATE OF ORIGIN FOR A VEHICLE

DATE

INVOICE NO.
6959

VEHICLE IDENTIFICATION NO.          YEAR          MAKE
1UY VS2530 P76959 09     2020     UTILITY

BODY TYPE                                            SHIPPING WEIGHT
TRAIL

H.P. (S.A.E.)          G.V.W.R.          NO. CYLS.          SERIES OR MODEL
                      65,000#                             VS2RX

1023-0-6959-009          VA DRY FRT

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

FLORIDA UTILITY TRAILERS, INC.
1101 S. ORANGE BLOSSOM TRAIL
APOPKA, FLORIDA 32703

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**UTILITY TRAILER MANUFACTURING CO.**

BY: _____
(SIGNATURE) OF AUTHORIZED REPRESENTATIVE          (AGENT)

**CITY OF INDUSTRY, CA 91748**
CITY-STATE

0947330

# EXHIBIT B

2023-G-6859-009
STRAIGHT BILL OF LADING - SHORT FORM - Original - Non Negotiable

| CUSTOMER STOCK | DEALER 836 _Florida Utility Trailers, Inc. | CARRIER: Curry & Thompson Logistics LLC | SHIPPER'S # | G0944394 |
|---|---|---|---|---|
| | | | DOT # | 3447801 |
| | | | MC # | 1121540 |

RECEIVED, subject to the classifications and lawfully filled tariffs in effect on the date of the issue of this Bill of Lading  P/U DATE . 1/14/2022 8:22:31 P

Utility Trailer Manufacturing Company, 13160 Monroe Road, Glade Spring, VA 24340

The property described below, in apparent good order, except as noted (contents) and condition of the contents or packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all of any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicaton motor carrier classification or tariff if this is a motor carrier shipment. Shipper herby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back of thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. (Mail or street address of the consignee - For purposes of notifications only)

DESTINATION

Florida Utility Trailers - Lakeland
8139 State Road 33 N
Lakeland, FL 33809

(*To be filled in only when shipper desires and governing tariffs, provide for delivery thereof)

IUYVS2530P7685909   Stock# 43052

| NO. PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIALMARKS AND EXCEPTIONS | WEIGHT (SUB TO COR) | CLASS OR RATE | CK COL. | Subject to section 7 of the conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statment. |
|---|---|---|---|---|---|
| 1 | VS2DX 53'-00" GVWR: 65000 lbs / 29483.91 kg | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | DUAL AXLE THIN-WALL DRY FRT 1UY VS2530 P76859 09 | | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here. To be prepaid |
| | TIRES: 8 | | | | Recieved $ ___ to apply in prepayment of the chargess on the property described hereon. |
| | WEELS: 8 | | | | Agent or Cashier |
| | | | | | PER ___ |
| | | | | | (the signatures here acknowledge only the amount prepaid) |

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is  carrier s or shipper s weight
NOTE - Where the rate is dependent on the value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
___ per ___

Charges Advanced .
$

SHIPPER. PER ___

Permanent post office address of shipper ___

(This Bill of Lading to be signed by the shipper and agent of the carrier issuing same)

INSPECTION / PROOF OF DELIVERY

Define and mark clearly all damage or deficiencies found by inspection at Origin and Destination

SYMBOLS | B = Bruise C = Cut H = Hole D = Dent S = Scratch



REMARKS - List any damages or other information:

trailer damaged by tree limbs. R/s front upper severe damage, both top rails damaged

| Driver Signature | | Received & Inspected by | |
|---|---|---|---|
| Printed Name | Phillip Taylor | Printed Name | Kelly McHugh |
| D/L No. | T460663991020 | | |
| Date & Time | | Date & Time | 1/18/22   4:45 PM |

# EXHIBIT C



# FLORIDA  TRAILERS, INC.

*The First Name In Trailers*
8139 STATE ROAD 33 NORTH - LAKELAND, FLORIDA 33809
(863) 984-5152     FAX (863) 984-5153

| Name | | | EMAIL | | | PH # | Date |
|---|---|---|---|---|---|---|---|
| **Curry & Thompson Logistics, LLC.** | | | | | | | 2/17/22 |

| Year | Make | Model | | Model # | | Serial # | |
|---|---|---|---|---|---|---|---|
| **2023** | **UTL** | **Dry** | | **4000DX** | | **P7685909** | |

| UNIT # | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 43052 | | | | | | |

| Work Description | Part No. | PART PRICES | LABOR HRS. |
|---|---|---|---|
| *R & R Lights and Electrical for Repairs* | | | 4.00 |
| *Replace C/S Top Rail* | | 990.22 | 28.00 |
| *Replace R/S Top Rail* | | 990.22 | 28.00 |
| *Replace Nose Rail* | | 238.92 | 8.00 |
| *Replace R/S Corner Radius* | | 171.64 | 10.00 |
| *Replace R/S interior radius* | | 71.66 | 2.00 |
| *Replace interior corner moulding* | | 30.00 | 1.00 |
| *Replace interior front top liner panel* | | 172.78 | 1.50 |
| *Replace interior front bottom liner panel* | | 172.78 | 1.50 |
| *Replace 3 R/S Panels* | | 417.00 | 18.00 |
| *Replace 4 R/S Logistic posts* | | 538.88 | 4.00 |
| *Replace 7 interior liner panels* | | 462.28 | 7.00 |
| *Replace 1 Front panel* | | 139.00 | 8.00 |
| *Replace front bottom rail* | | 78.36 | 2.00 |
| *Replace R/S Bottom Rail* | | 1060.92 | 42.00 |
| *Replace complete roof (aluminum)* | | 1339.20 | 27.00 |
| *Replace 2 roof bows* | | 87.96 | 2.00 |
| *Install Utility Decal & VIN Sticker* | | | 0.50 |
| *DX Rivet Kits* | | 111.52 | |
| *Roof tape* | | 130.00 | |
| *Marker light harness* | | 34.46 | |
| *Additional Rivets & Caulking* | | 250.00 | |
| *Misc. & Fasteners* | | 1945.00 | |
| | TOTALS | 9432.80 | 19450.00 |
| | TAX | 660.30 | 1361.50 |
| | SUBTOTAL | 10093.10 | 20811.50 |
| | TOTAL OF ESTIMATE | 30904.60 | |

The above is an estimate, based on our inspection, and does not cover additional parts or labor which may be required after the work has been opened up. Occasionally, after work has started, worn, broken or damaged parts are discovered which are not evident on first inspection. Quotations on parts and labor are current and subject to change.

Estimate made by: Patrick McHugh

Signed:_____   Date:_____